UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHEILA FERNÁNDEZ SANTIAGO

_____,
Plaintiff(s),

v.

KING UNIFORMS AND LAUNDRY, INC.

_____,
Defendant(s).

CIVIL CASE NO. 20-cv-1523 GAG

☒ Jury trial demanded
(check if applicable)

# EMPLOYMENT DISCRIMINATION COMPLAINT

### JURISDICTION

1. This employment discrimination lawsuit is based on (check only those that apply):

☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, gender, or national origin. NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination on the basis of age (age 40 or older). NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.

☐ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of disability. NOTE: In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. NOTE: In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.

☒ Other (describe using additional sheets if necessary): _____

FAIR LABOR STANDARDS ACT

29 U.S.C. § 201 - Failure to pay minimum wage and failing to pay my FICA taxes.

Social Security tax and Medicare tax were not paid.

29 U.S.C. § 211(c) - willful failure to keep and preserve accurate time records.

## PARTIES

2. Plaintiff

| | |
|---|---|
| Plaintiff's Name: | SHEILA M. FERNANDEZ SANTIAGO |
| Plaintiff's Address: (Street or Postal Address) | PO BOX 143515 ARECIBO PR 00614 |
| Plaintiff's Telephone and Fax Numbers | (787) 359-5845 |
| Plaintiff's E-Mail | SHEMA0028@GMAIL.COM |

-2-

3. <u>Defendant</u>

**Defendant's Name:** KING UNIFORMS AND LAUNDRY, INC.

**Defendant's Address:** PO BOX 1138
(Street or Postal Address) ARECBO, PR, 00613

**Defendant's Telephone and Fax Numbers** 787-881-1167

**Defendant's E-Mail** ACCOUNTSPAYABLE@KINGUNIFORMS.NET

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES, TELEPHONE AND FAX NUMBERS, AND E-MAIL ADDRESSES ON A SEPARATE SHEET OF PAPER.

## VENUE

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

| PR-2 km 68.9, Santana, | arecibo | Puerto Rico | 00614 |
|---|---|---|---|
| (Street Address) | (City/Municipality) | (State) | (Zip Code) |

5. When did the discrimination occur? Please give the date or time period:

From December 2017 to July 2018

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Puerto Rico Department of Labor?

_____ Yes   Date filed: _____

X No   No FLSA Charge of discrimination

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

\_\_\_\_\_Yes   Date filed: _____

_X_ No   No FLSA claim filed with EEOC

8. Have you received a Notice of Right-to-Sue Letter?

\_\_\_\_\_Yes                     _X_ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

N/A   60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

\_\_\_\_\_   fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

\_\_\_\_ failure to hire me

\_\_\_\_ termination of my employment

\_\_\_\_ failure to promote me

\_\_\_\_ failure to accommodate my disability

\_\_\_\_ terms and conditions of my employment differ from those of similar employees

\_\_\_\_ retaliation

\_\_\_\_ harassment

__X__ other conduct (specify): __Employment - Wages - Fair Labor Standards__

_____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

_____ Yes            __n/A__ No

11. I believe that I was discriminated against because of my (check all that apply):

_____ race

_____ religion

_____ national origin

_____ color

_____ gender

_____ disability

_____ age (my birth date is: _____)

__X__ other: __Employee discrimination. I believe only blue collar employees are__ __victims of this practice.__

_____

Did you state the same reason(s) in your charge of discrimination?

_____ Yes            __N/A__ No

-5-

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

From December 2017 to July 2018, I worked for the King Uniforms, but they did not make any

mandatory withholding or contributions to state, municipal or federal agencies, such as the social

security administration, taxes, and other mandatory contributions under state and federal law. Simply put, I was not on the payroll. They paid in cash. Because other employees

were "on the payroll" King Uniform knew that it was required to withhold payroll taxes (federal and state income tax

and FICA (Social Security/Medicare) tax) from employee pay; it knew that it was required to report the amount of ~~withholding for Plaintiff to the proper tax collection agencies; it knew that it was required to submit FICA~~ tax and the employer portion of the taxes to the IRS on a scheduled basis; it knew it was required to report employee

income on Form W-2 each year, including cash income, and intentionally failed to do so. Their gross income at the time, and now, was over $500,000. There are over 50 employees.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary)

13. The acts set forth in paragraph 12 of this complaint:

    \_\_\_\_\_ are still being committed by the defendant

    \_\_\_\_\_ are no longer being committed by the defendant

    \_\_X\_\_ may still be being committed by the defendant

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

All remedies available to an employee that was "off the payroll" because of the intetional conduct of the employer. This includes without limitation damages, compensation, costs, legal fees, litigation costs under section 201 and 211 of the fair labor standards act.

Signed this _01_ day of _octubre_, 20_20_.

_[signature]_
Signature of Plaintiff